STATE of Missouri, Respondent,

v.

Joe COLE, Appellant.

No. WD 38984.

Missouri Court of Appeals, Western District.

Aug. 11, 1987.

Susan L. Hogan, Columbia, for appellant.

William Webster, Atty. Gen., Jefferson City, John M. Morris, Asst. Atty. Gen., for respondent.

Before MANFORD, P.J., and NUGENT and LOWENSTEIN, JJ.

## ORDER

PER CURIAM.

Appeal from jury trial conviction of assault in the first degree, § 565.050, R.S.Mo. 1986, and sentence as a persistent offender to a twenty-five-year term of imprisonment.

Judgment affirmed. Rule 30.25(b).